BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE EDUARDO JERONIMO,<br><br>　　　　　　　Defendant. | CASE NO. 1:12-CR-00326-AWI<br><br>FINAL ORDER OF FORFEITURE |

　　　　WHEREAS, on September 6, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Jose Eduardo Jeronimo forfeiting to the United States the following property:

　　　　I.　　Items seized from LIBRADA SUCILLA-SANCHEZ at Mono Ave. in Fresno, California:

　　　　　　A.　　5,646 counterfeit audio CDs,

　　　　　　B.　　28,487 counterfeit movie DVDs, and

　　　　　　C.　　1 Samsung Cell Phone,

　　　　II.　Items seized from JOSE EDUARDO JERONIMO and DAMIAN MORALES-JERONIMO at Illinois Ave. in Fresno, California:

Final Order of Forfeiture　　　　　　　　　　1

    A. 4,747 counterfeit audio CDs,

    B. 1,000 jewel cases,

    C. 300 disc envelopes,

    D. 176 music videos - CDs,

    E. 425 inserts,

    F. 24,560 counterfeit movie DVDs,

    G. 1 laptop computer,

    H. 8 San Disc Memory Cards with adapters,

    I. 8 cellular phones,

    J. 2 Pioneer DVD Writer units,

    K. 3 tower CD/DVD duplicators, and

    L. 1 box of .38 caliber ammunition,

  III. Six counterfeit movie DVDs seized from 5311 E. Huntington Ave., Fresno, California.

  IV. Items seized from JOSE ANTONIO HERNANDEZ and GENARO VELA-RODRIGUEZ at Effie Street in Fresno, California:

    A. 5,568 counterfeit audio CDs,

    B. 31,839 counterfeit movie DVDs,

    C. 10 counterfeit audio CDs,

    D. 4,700 clear CD/DVD sleeves,

    E. 45,000 CD/DVD insert cards,

    F. 7 tower CD/DVD duplicators,

    G. 5 cellular phones:

    1. Red Motorola Razor

    2. Black LG Verizon

    3. Black Motorola Nextel

    4. Black T-Mobile Samsung

    5. Black Cricket Sanyo

        H.     1 Samsung Plasma TV, S/N AUMH3CQS509788D

        I.     1 Sony Camcorder, Model DVX-801

        J.     1 Garmin GPS,

        K.     10 counterfeit bills of U.S. currency (9x $100 and 1x $20) totaling $920,

        L.     $2,401 U.S. Currency seized from JOSE ANTONIO HERNANDEZ, and

        M.     $286 U.S. Currency seized from GENARO VELA-RODRIGUEZ,

V.  Items seized from 149 S. Dearing, Fresno, California:

        A.     3,658 counterfeit movie DVDs

        B.     5,069 counterfeit CDs

AND WHEREAS, beginning September 21, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1),  to be disposed of according to law, including all right, title, and interest  of Jose Eduardo Jeronimo.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject

property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   September 3, 2014

_____
SENIOR DISTRICT JUDGE